IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NCF CHARITABLE TRUST ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07cv00024-RMC |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF
TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

The United States, through its attorneys, moves the Court under Fed. R. Civ. P. 6(b)(1) for an additional forty-five (45) days in which to answer, move, or otherwise plead in response to the plaintiff's complaint.

As grounds for this motion, the United States asserts the following:

1. <u>Introduction.</u>  In this case, Plaintiff seeks a declaratory judgment regarding its qualification for tax exempt status under section 26 U.S.C. § 501(a), as an organization described under section 501(c)(3) or section 509(a)(3).  Plaintiff filed this complaint on January 4, 2007 and served a copy of the summons and complaint on the Attorney General of the United States on January 24, 2007.

2. <u>The time for the United States to serve an answer, motion, or other responsive pleading</u>.  Under Fed. R. Civ. P. 12(a)(3), the United States has sixty (60) days from the date of service of the summons and complaint on the United States Attorney in which to serve an answer, motion, or other responsive pleading. As of the date of this motion, counsel for the United States has not confirmed that the United States Attorney for the District of Columbia has been served.  Moreover, sixty days from the date of service of the summons and complaint on the Attorney General of the United States is March 25, 2007.

2282959.1

3. <u>Compliance with the pleading deadline</u>.  The Internal Revenue Service, the agency of the United States responsible for administration of the internal revenue, and more specifically the agency responsible for making an administrative determination on Plaintiff's application for tax exempt status, has advised the Department of Justice that, as the result of a backlog in its cases, it was unable to complete its review of the plaintiff's application for tax exempt status, or reach an administrative determination thereon, prior to the commencement of the suit.

4. <u>Relief requested</u>.  The Internal Revenue Service is of the belief, and has advised its counsel at the Department of Justice, that if the period of time to answer, move, or otherwise plead to the complaint is enlarged, it will be able to complete an expedited analysis of Plaintiff's application, which may ultimately resolve the case without need for further litigation.  Accordingly, the United States seeks an order enlarging the time to serve an answer, motion, or to other responsive pleading to the complaint by forty-five (45) days, to and including May 9, 2007.

5. <u>The Court has discretion to grant this motion.</u>  Under Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise pleading to the complaint.  <u>See</u> <u>Poe v. Christina Copper Mines, Inc.</u>, 15 F.R.D. 85, 87-88 (D. Del. 1953)  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request.  Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown."  What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required.  The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p. 6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987).

The United States has not been guilty of negligence or bad faith, nor has the privilege of extensions been abused by it.

      6. <u>L.Cv.R. 7.1(m) certification of no opposition.</u>  In accordance with L.Cv.R. 7.1(m), on March 5, 2007, counsel for the United States conferred with Russell Pope, counsel for Plaintiff, via telephone. At that time, Mr. Pope consented to the filing of this motion.

      7. <u>Summary.</u>  The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.

DATE: March 6, 2007.

                                        Respectfully submitted,

                                        /s/Dara B. Oliphant
                                        DARA B. OLIPHANT
                                        Trial Attorney, Tax Division
                                        U. S. Department of Justice
                                        P.O. Box 227, Ben Franklin Station
                                        Washington, DC  20044
                                        Telephone:  (202) 616-2470

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NCF CHARITABLE TRUST         ) | |
|                              ) | |
|    Plaintiff, ) | |
|                              ) | |
| v.                           ) | Case No. 1:07cv00024-RMC |
|                              ) | |
| UNITED STATES OF AMERICA, et al. ) | |
|                              ) | |
|    Defendants.) | |

**O R D E R**

Having considered the United States' unopposed motion for enlargement of time in which to answer, move, or otherwise plead, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that the United States' motion for enlargement of time to answer, move, or otherwise plead be and is GRANTED;

ORDERED that the United States shall have an additional forty-five (45) days until May 9, 2007, in which to serve an answer, motion, or to otherwise plead to the complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Dara B. Oliphant
Trial Attorney, Tax Division
U. S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC  20044

Russell J. Pope
Pope & Hughes
29 W. Susquehanna Ave.
Suite 110
Towson, MD 21204

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NCF CHARITABLE TRUST )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>Defendants. ) | Case No. 1:07cv00024-RMC |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD and a proposed ORDER were served upon plaintiff on the 6th day of March, 2007, by depositing copies in the United States mail, postage prepaid, addressed as follows:

        Russell J. Pope
        Pope & Hughes
        29 W. Susquehanna Ave.
        Suite 110
        Towson, MD 21204

        /s/ Dara B. Oliphant
        DARA B. OLIPHANT