UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NCF CHARITABLE TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:07-cv-00024 RMC |
| UNITED STATES OF AMERICA, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Russell J. Pope, counsel for the Plaintiff in the above-captioned case, do hereby affirm that the following entities and individuals were served with a copy of the Summons, Complaint, and Exhibits filed in this case via certified mail, return receipt requested, pursuant to Rule 4(i) of the Federal Rules of Civil Procedures. The dates of service, according to the stamped return receipt cards, are set forth below for each entity/individual served:

| | |
|---|---|
| U.S. Attorney's Office, District of Columbia | January 16, 2007 |
| Hon. Mark W. Everson, Commissioner, Internal Revenue Service | January 17, 2007 |
| Hon. Alberto R. Gonzalez, U.S. Department of Justice | January 23, 2007 |

Copies of the date-stamped return receipt cards are attached hereto, collectively, as Exhibit A.

Respectfully submitted,

_____/s/ Russell J. Pope_____
Russell J. Pope (No. 426865)
POPE & HUGHES, P.A.
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
410-494-7777
Attorneys for Plaintiff, NCF Charitable Trust

# EXHIBIT A

# AFFIDAVIT OF SERVICE

### NCF Charitable Trust, Plaintiff

### vs.

### UNITED STATES OF AMERICA, et al.

### Civil Action No.:  1-07-cv-00024 RMC

**2. Article Number**

7118 6567 6996 0000 0863

**1. Article Addressed to:**

Civil Processing Clerk
US Atty's Ofc, District of Columbia
Judiciary Ctr, Civil, 10th Floor
555 Fourth Street, NW
Washington, DC 20530
1/12/2007  11:19 AM

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Daniel L Parker_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    JAN 1 6 2007    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES enter delivery address below:  ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811    Domestic Return Receipt

---

**2. Article Number**

7118 6567 6996 0000 0849

**1. Article Addressed to:**

Hon. Mark W. Everson, Commissioner
Internal Revenue Service
1111 Constitution Ave., NW
Room 3000
Washington, DC 20224
1/12/2007  11:13 AM

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES enter delivery address below:  ☐ No

JAN 1 7 2007

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811    Domestic Return Receipt

---

**2. Article Number**

7118 6567 6996 0000 0870

**1. Article Addressed to:**

Hon. Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

1/22/2007  12:56 PM

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Daniel L Parker_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    JAN 2 3 2007    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES enter delivery address below:  ☐ No

JAN 2 3 2007

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811    Domestic Return Receipt

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NCF CHARITABLE TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:07-cv-00024 RMC |
| UNITED STATES OF AMERICA, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that the Affidavit of Service was served upon the following via first class

mail, postage prepaid, addressed as follows:

Dara B. Oliphant, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 227, Ben Franklin Station
Washington, DC 20044

_/s/ Russell J. Pope_
Russell J. Pope (No. 426865)
POPE & HUGHES, P.A.
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
410-494-7777

Attorneys for Plaintiff, NCF Charitable Trust