UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NCF CHARITABLE TRUST, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-cv-00024 RMC |

## AFFIDAVIT OF SERVICE

I, Russell J. Pope, counsel for the Plaintiff in the above-captioned case, do hereby affirm that the following entities and individuals were served with a copy of the Summons, Complaint, and Exhibits filed in this case via certified mail, return receipt requested, pursuant to Rule 4(i) of the Federal Rules of Civil Procedures. The dates of service, according to the stamped return receipt cards, are set forth below for each entity/individual served:

| | |
|---|---|
| U.S. Attorney's Office, District of Columbia | January 16, 2007 |
| Hon. Mark W. Everson, Commissioner, Internal Revenue Service | January 17, 2007 |
| Hon. Alberto R. Gonzalez, U.S. Department of Justice | January 23, 2007 |

Copies of the date-stamped return receipt cards are attached hereto, collectively, as Exhibit A.

Respectfully submitted,

/s/ Russell J. Pope
Russell J. Pope (No. 426865)
POPE & HUGHES, P.A.
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
410-494-7777
Attorneys for Plaintiff, NCF Charitable Trust

# EXHIBIT A

# AFFIDAVIT OF SERVICE

NCF Charitable Trust, Plaintiff

vs.

UNITED STATES OF AMERICA, et al.

Civil Action No.: 1-07-cv-00024 RMC

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7118 6567 6996 0000 0863 | A. Signature X *[signed]* ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery: JAN 1 6 2007 |
| 1. Article Addressed to:<br><br>Civil Processing Clerk<br>US Atty's Ofc, District of Columbia<br>Judiciary Ctr, Civil, 10th Floor<br>555 Fourth Street, NW<br>Washington, DC 20530<br>1/12/2007  11:19 AM | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type  ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811         Domestic Return Receipt

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7118 6567 6996 0000 0849 | A. Signature X ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Hon. Mark W. Everson, Commissioner<br>Internal Revenue Service<br>1111 Constitution Ave., NW<br>Room 3000<br>Washington, DC 20224<br>1/12/2007  11:13 AM | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br>JAN 1 7 2007 |
| | 3. Service Type  ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811         Domestic Return Receipt

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7118 6567 6996 0000 0870 | A. Signature X *[signed]* ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) JAN 2 3 2007   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Hon. Alberto R. Gonzales<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530-0001<br><br>1/22/2007  12:56 PM | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br>JAN 2 3 2007 |
| | 3. Service Type  ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811         Domestic Return Receipt

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NCF CHARITABLE TRUST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-cv-00024 RMC |

## CERTIFICATE OF SERVICE

I hereby certify that the Affidavit of Service was served upon the following via first class mail, postage prepaid, addressed as follows:

Dara B. Oliphant, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 227, Ben Franklin Station
Washington, DC 20044

/s/ Russell J. Pope
Russell J. Pope (No. 426865)
POPE & HUGHES, P.A.
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
410-494-7777

Attorneys for Plaintiff, NCF Charitable Trust