UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NCF CHARITABLE TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:07-cv-00024 RMC |
| UNITED STATES OF AMERICA, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DISMISSAL

Plaintiff, NCF Charitable Trust, by its undersigned attorneys, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned proceeding without prejudice. Although not required by the Rule, counsel for the United States in this case has been consulted and consents to the filing of this notice.


_/s/ Russell J. Pope_____
Russell J. Pope (No. 426865)
POPE & HUGHES, P.A.
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland 21204
410-494-7777

*Attorneys for Plaintiff, NCF Charitable Trust*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NCF CHARITABLE TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:07-cv-00024 RMC |
| UNITED STATES OF AMERICA, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd of May, 2007, the Plaintiff's Notice of Dismissal was

served upon the following via first class mail, postage prepaid:

Dara B. Oliphant, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 227, Ben Franklin Station
Washington, DC 20044

/s/  Russell J. Pope
Russell J. Pope (No. 426865)
POPE & HUGHES, P.A.
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland  21204
410-494-7777

*Attorneys for Plaintiff, NCF Charitable Trust*